# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CARRIE EVOLGA,<br><br>        Plaintiff,<br><br>    v.<br><br>MODERN FORGE INDIANA, LLC,<br><br>        Defendant. | Case No. 2:16-cv-00303-RL-APR<br><br>Honorable Judge Rudy Lozano |

## STIPULATION TO DISMISS

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Carrie Evolga and Defendant Modern Forge Indiana, LLC, by their respective attorneys, hereby stipulate and agree that this lawsuit should be dismissed with prejudice and without costs or attorneys' fees.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| *s/ Paul J. Cummings*___ | *s/ Bryan R. Bienias*_____ |
| David M. Henn<br>Paul J. Cummings<br>HENN HAWORTH CUMMINGS & PAGE<br>625 North Madison Avenue, Suite A<br>Greenwood, IN 46142<br>Phone: (317) 885-0041<br>Fax: (888) 308-6503<br>E-Mail: David.Henn@HHCFirm.com<br>        Paul.Cummings@HHCFirm.com | Marc Jacobs<br>(mjacobs@seyfarth.com)<br>Jeffrey K. Ross<br>(jross@seyfarth.com)<br>Bryan R. Bienias<br>(brbienias@seyfarth.com)<br>SEYFARTH SHAW LLP<br>233 S. Wacker Dr., Ste. 8000<br>Chicago, Illinois 60606<br>(312) 460-5000 (telephone)<br>(312) 460-7000 (facsimile) |

44201626v.1

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certify that he caused a true and correct copy of the parties' STIPULATION TO DISMISS to be electronically filed with the Clerk of the Court via the Court's CM/ECF System on February 6, 2018, which will send electronic notification of such filing to all counsel of record.

                                                   _____s/ *Bryan R. Bienias*_____
                                                                         Attorney for Defendant